IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>DOE, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-80132M CW<br><br>ORDER RETURNING COMPLAINT TO PLAINTIFF |

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3) a court order for the defendants to be subjected to a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

The Court has reviewed the instant complaint and amended complaint, C12-80132M, and finds that they allege that Defendants are engaged in covert terrorism and that they conspired with a

diverse group of others to commit acts of terror against Mr. Grimes and others. They also seek an injunction prevented Defendants from engaging in actions "with terror intent" against Mr. Grimes, his family and others. Mr. Grimes alleges no cognizable causes of action. Because the complaint and amended complaint concern multiple matters mentioned in the pre-filing order and present no cognizable causes of action, the Clerk of the Court is ordered not to file them. Instead, the complaints shall be returned to Plaintiff.

IT IS SO ORDERED.

Dated: 8/7/2012

CLAUDIA WILKEN
United States District Judge